[No. 17654-8-II.   Division Two.   January 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. STEWART
DELBERT NEIFERT, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 93-1-00113-9, H. John Hall, J., entered
November 1, 1993. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Seinfeld, C.J., and
Houghton, J.


[No. 17708-1-II.   Division Two.   January 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LEO GENE
YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 93-1-00514-6, M. Karlyn Haberly, J.,
entered November 19, 1993. *Affirmed* by unpublished
opinion per Petrie, J. Pro Tem., concurred in by Morgan
and Bridgewater, JJ.


[No. 31895-1-I.   Division One.   January 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
DUANE CHRISTIANSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-00597-9, Charles W. Mertel, J., entered
December 10, 1992. *Reversed* by unpublished opinion per
Cox, J., concurred in by Webster and Becker, JJ.


[No. 35527-9-I.   Division One.   January 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
T. GENTILI, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-8-07781-7, Mary Wicks Brucker, J., entered
October 14, 1994. *Dismissed* by unpublished per curiam
opinion.